AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

|  | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | SOUTHERN DISTRICT OF MISSISSIPPI **FILED** |
| MARIA GUADALUPE LAMAS | ) | AUG 04 2015 |
| | ) | ARTHUR JOHNSTON |
| | ) | BY_____ DEPUTY |

United States of America

v.

MARIA GUADALUPE LAMAS

Case No: 1:13cr92HSO-RHW-002

USM No: 17788-043

Date of Original Judgment:          07/29/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Mike Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/29/2014   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   8/4/2015

_____
*Judge's signature*

Effective Date:   8/4/2015
*(if different from order date)*

Halil S. Ozerden, U.S.District Judge
*Printed name and title*